AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| dner, James Knoll | Eastern District of PA | 04/22/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge - Nominee | 5. Report Type (check type)  X Nomination, Date 04/22/2002  Initial ___ Annual ___ Final | 6. Reporting Period  01/01/2001 to 04/01/2002 |

| 7. Chambers or Office Address  Lehigh County Courthouse  455 W. Hamilton Street  Allentown, PA  18101-1614 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| ☐ NONE (No reportable positions.) | | |
| 1 | Officer, Director | Allentown Symphony Association |
| 2 | Director | Boys and Girls Club of Allentown, Inc. |
| 3 | Director | Police Athetic League, Inc. (See Attachment) |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☐ NONE (No reportable agreements.) | | |
| 1 | 1981 | State Employees Pension Fund; pension upon retirement, includes medical insurance and long-term care benefits |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | | |
| 1 | 2000 | state judicial salary | 114,884.00 |
| 2 | 2001 | state judicial salary | 117,235.14 |
| 3 | 2002 | state judicial salary | 29,828.76 |
| | 000-01 | self-employed realtor (See Attachment) | |

-104(a)-

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | **NONE** (No reportable liabilities.) | | |
| 1 | World Savings and Loan Association | 1/6 share Mortgage on Rental Property #1, Torrence, California (Pt. VII, line 1) | N |
| 2 | Capital One | credit card | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 04/22/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental Property #1, Torrence, California (1997 $533,333) | G | Rent | Q | Q | EXEMPT | | | | |
| 2 Time Share, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | " | | | | |
| 3 Sovereign Bank Accounts | A | Interest | K | T | " | | | | |
| 4 IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | " | | | | |
| 5 Brokerage Account #1: | | | | | | | | | |
| 6 CITIBANK NA Bank Deposit Program | A | Interest | J | T | " | | | | |
| AMGEN Common Stock | | None | J | T | | | | | |
| 8 Disney Common Stock | A | Dividend | J | T | " | | | | |
| 9 TYKO Common Stock | A | Dividend | | | " | | | | |
| 10 Aim Basic Value Fund Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 11 SB Small Cap Value Fund Class B - Mutual Fund | A | Dividend | J | T | " | | | | |
| 12 SB Fundamental Value Fund Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 13 SB Premium Total Return Fund Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 14 SB Municipal High Income Fund Class L - Mutual Fund | A | Dividend | J | T | " | | | | |
| 15 SB Convertible Fund Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 16 Royce Value Trust Inc. Mutual Fund | | None | J | T | " | | | | |
| 17 Philadelphia Water and Sewer Revenue Bond - O Coupon | | None | J | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

_104(c)_

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Altoona City Authority Water Revenue Bond | A | Interest | J | T | " | | | | |
| 19 General Motors Acceptance Corp SmartNotes - Bond | | None | J | T | " | | | | |
| 20 Bank of Oklahoma NA Certificate of Deposit | A | Interest | J | T | " | | | | |
| 21 Nokia Common Stock | A | Dividend | | | " | | | | |
| 22 Seagram Joseph & Sons Preferred Stock | A | Dividend | | | " | | | | |
| 23 Federal Home Loan Bank Construction Bond | A | Interest | | | " | | | | |
| Jones Cable TV Fund Limited Partnership | A | Int & Div | | | " | | | | |
| 25 Aim Value Fund Class A - Mutual Fund | | None | | | " | | | | |
| 26 SB Premium Total Return Fund Class B - Mutual Fund | A | Dividend | | | " | | | | |
| 27 SB Convertible Fund Class B - Mutual Fund | A | Dividend | | | " | | | | |
| 28 SB Mid Cap Core Fund Class B - Mutual Fund | | None | | | " | | | | |
| 29 SB Money Funds Cash Portfolio Class A - Mutual Fund | A | Dividend | | | " | | | | |
| 30 Conseco Bank Certificate of Deposit | A | Interest | | | " | | | | |
| 31 MBNA American Bank Certificate of Deposit | A | Interest | | | " | | | | |
| 32 Irwin Union Bank & Trust Co. Certificate of Deposit | A | Interest | | | " | | | | |
| 33 Brokerage Account #2 (Custodial Account #1): | | | | | | | | | |
| 34 CITIBANK NA Bank Deposit Program | A | Interest | J | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

-104(d)-

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 SB Premium Total Return Fund Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 36 Greater Atlantic Bank-VA Certificate of Deposit | A | Interest | K | T | " | | | | |
| 37 Bank of Oklahoma NA Certificate of Deposit | A | Interest | J | T | " | | | | |
| 38 AFD Exchange Reserves Class B - Mutual Fund | A | Dividend | | | " | | | | |
| 39 SB Large Cap Growth Fund Class A - Mutual Fund | A | Dividend | | | " | | | | |
| 40 SB Money Funds Cash Portfolio Class A - Mutual Fund | A | Int & Div | | | " | | | | |
| Conseco Bank Certificate of Deposit | A | Interest | | | " | | | | |
| 42 Irwin Union Bank & Trust Co. Certificate of Deposit | A | Interest | | | " | | | | |
| 43 FIRSTAR Bank Certificate of Deposit | B | Interest | | | " | | | | |
| 44 Brokerage Account #3 (Custodial Account #2): | | | | | | | | | |
| 45 CITIBANK NA Bank Deposit Program | B | Interest | K | T | " | | | | |
| 46 Progress Energy Inc. Common Stock | A | Dividend | J | T | " | | | | |
| 47 WorldCom Inc. WorldCom Group Common Stock | A | Dividend | J | T | " | | | | |
| 48 Federal Home Loan Bank Construction Bond | A | Interest | K | U | " | | | | |
| 49 Federal Natl Mortgage Assn Bond | A | Interest | K | T | " | | | | |
| 50 General Motors Acceptance Corp SmartNotes - Bond | | None | J | T | " | | | | |
| 51 General Motors Acceptance Corp SmartNotes - Bond | | None | J | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  SB Aggressive Growth Fund<br>Class B - Mutual Fund | | None | J | T | " | | | | |
| 53  SB Small Cap Value Fund<br>Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 54  SB Fundamental Value Fund<br>Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 55  SB Premium Total Return Fund<br>Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 56  SB Convertible Fund<br>Class A - Mutual Fund | A | Dividend | J | T | " | | | | |
| 57  SB Mid Cap Core Fund<br>Class A - Mutual Fund | | None | J | T | " | | | | |
| Royce Value Trust Inc.<br>Mutual Fund | | None | J | T | " | | | | |
| 59  Delaware Group Dividend &<br>Income Fund - Mutual Fund | B | Dividend | | | " | | | | |
| 60  CG Capital Markets -<br>Large Cap Value Investments | | None | | | " | | | | |
| 61  CG Capital Markets -<br>International Equity Invt. | | None | | | " | | | | |
| 62  CG Capital Markets -<br>Large Cap Growth Investments | | None | | | " | | | | |
| 63  CG Capital Markets -<br>Small Cap Growth Investments | | None | | | " | | | | |
| 64  CG Capital Markets -<br>Small Cap Value Investments | | None | | | " | | | | |
| 65  CG Capital Markets -<br>Intermediate Fixed Inc. Invt. | A | Dividend | | | " | | | | |
| 66  CG Capital Markets -<br>High Yield Investments | A | Dividend | | | " | | | | |
| 67  CG Capital Markets -<br>Government Money Investments | A | Dividend | | | " | | | | |
| 68  CG Capital Markets -<br>Emerging Markets Investments | | None | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less        B=$1,001-$2,500        C=$2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Value Codes:     J=$15,000 or less        K=$15,001-$50,000        L=$50,001-$100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col. C1, D3)     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(Col. C2)     U=Book Value        V=Other        W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69  AFD Exchange Reserves<br>Class B - Mutual Fund | A | Dividend | | | " | | | | |
| 70  SB Mid Cap Core Fund<br>Class B - Mutual Fund | | None | | | " | | | | |
| 71  SB Large Cap Growth Fund<br>Class A - Mutual Fund | | None | | | " | | | | |
| 72  MBNA America Bank<br>Certificate of Deposit | A | Interest | | | " | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(7     ate part of report.)*

NONE

-104(h)-

FINANCIAL DISCLOSURE REPORT   Name of Person Reporting   Gardner, James Knoll   Date of Report 04/22/2002

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(7     ate part of report.)*

NONE

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Custodian | Brokerage Account #2: UIPA/UGMA |
| 5 | Custodian | Brokerage Account #3: UPIA/UGMA |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000-01 | self-employed piano teacher | |

**FINANCIAL DISCLOSURE REPORT** Gardner, James Knoll

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Custodian | Brokerage Account #2: UIPA/UGMA |
| 5 | Custodian | Brokerage Account #3: UPIA/UGMA |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000-01 | self-employed piano teacher | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _James Knoll Gardner_          Date _April 22, 2002_

James Knoll Gardner

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

-104(j)-

**25. Statement of Net Worth:** Complete and attach the financial net worth statement in detail. Add schedules as called for.

### FINANCIAL STATEMENT

#### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 85 | 654 | Notes payable to banks-secured | | | -0- |
| U.S. Government securities-add schedule | 32 | 234 | Notes payable to banks-unsecured | | | -0- |
| Listed securities-add schedule | 197 | 973 | Notes payable to relatives | | | -0- |
| Unlisted securities--add schedule | 1 | 000 | Notes payable to others | | | -0- |
| Accounts and notes receivable: | | -0- | Accounts and bills due | | 4 | 750 |
| Due from relatives and friends | | 200 | Unpaid income tax | | | -0- |
| Due from others | | -0- | Other unpaid income and interest | | | -0- |
| Doubtful | | -0- | Real estate mortgages payable-add schedule | | 454 | 862 |
| Real estate owned-add schedule | 860 | 000 | Chattel mortgages and other liens payable | | | -0- |
| Real estate mortgages receivable | | -0- | Other debts-itemize: | | | -0- |
| Autos and other personal property | 185 | 800 | | | | |
| Cash value-life insurance | 31 | 651 | | | | |
| Other assets itemize: | | -0- | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total liabilities | | 459 | 612 |
| | | | Net Worth | | 934 | 900 |
| Total Assets | 1 394 | 512 | Total liabilities and net worth | 1 | 394 | 512 |

-105-